UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STERLING RENEVA RIVERS**<br>**REG. #19231-078** | : | **DOCKET NO. 2:20-cv-1364**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **MICHAEL CARVAJAL, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 37) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion to Dismiss (doc. 33) filed by Defendant Rodney Myers be **GRANTED** claims against him be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of August, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE